**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Keith Acton HALTERMAN, Respondent.**

**No. 655 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 28, 2001.

## *O R D E R*

PER CURIAM:

AND NOW, this 28th day of December, 2001, the Joint Petition for Temporary Suspension is granted, and it is hereby ORDERED that Keith Acton Halterman is placed on temporary suspension pursuant to Rules 208(f) and 214(d), Pa.R.D.E., until further definitive action by this Court, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.